1  BENEDICT O'MAHONEY (CA Bar No. 152447)
   TERRA LAW LLP
2  177 Park Avenue, Third Floor
   San Jose, California 95113
3  Telephone:  (408) 299-1200
   Facsimile:  (408) 998-4895
4  Email:  bomahoney@terralaw.com

5  JONATHAN T. SUDER *(Pro Hac Vice To Be Filed)*
   CORBY R. VOWELL *(Pro Hac Vice To Be Filed)*
6  TODD I. BLUMENFELD *(Pro Hac Vice To Be Filed)*
   FRIEDMAN, SUDER & COOKE
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas  76102
   Telephone:  (817) 334-0400
9  Facsimile:  (817) 334-0401
   Email:  jts@fsclaw.com
10 Email:  vowell@fsclaw.com
   Email:  blumenfeld@fsclaw.com
11
   **Counsel for Plaintiff**
12 **SOFTVAULT SYSTEMS, INC.**

   MARK D. FOWLER (Bar No. 124235)
13 ROBERT BUERGI (Bar No. 242910)
   JONATHAN H. HICKS (Bar No. 274634)
14 KRISTA A. CELENTANO (Bar No. 279526)
   DLA Piper LLP (US)
15 2000 University Avenue
   East Palo Alto, CA 94303
16 Telephone: (650) 833-2000
   Facsimile: (650) 833-2001
17 mark.fowler@dlapiper.com
   robert.buergi@dlapiper.com
18 jonathan.hicks@dlapiper.com
   krista.celentano@dlapiper.com
19
   **Counsel for Defendant**
20 **TREND MICRO INCORPORATED**

21                UNITED STATES DISTRICT COURT
22                NORTHERN DISTRICT OF CALIFORNIA
23                      SAN JOSE DIVISION

24 | SOFTVAULT SYSTEMS, INC.,      | CASE NO. 5:13-cv-03086-LHK |
25 |         Plaintiff,            | [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF TREND MICRO INCORPORATED |
26 |         vs.                   |                            |
27 | TREND MICRO INCORPORATED,     | **JURY TRIAL DEMANDED**    |
28 |         Defendant.            |                            |

1     Recognizing the Stipulation of Dismissal filed by Plaintiff SoftVault Systems, Inc. and
2 Defendant Trend Micro Incorporated, by their attorneys, it is hereby
3     ORDERED that the claims and counterclaims asserted herein by Plaintiff SoftVault
4 Systems, Inc. and Defendant Trend Micro Incorporated against each other be, and hereby are,
5 dismissed WITH PREJUDICE; and
6     ORDERED that each party shall bear its own costs and attorney's fees.

Signed this __ April 10 , 2014

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE